IN THE
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case Number: 1:18CR00025-013 |
| JAMES SKYLER SEBASTIAN | ) |
| Defendant | ) |

## **NOTICE**

Comes now the Defendant, JAMES SKYLER SEBASTIAN, by counsel, and gives notice of his intent to enter a plea of guilty without a plea agreement.

Respectfully submitted,

JAMES SKYLER SEBASTIAN

By: /s/ Michelle C. F. Derrico
Of Counsel

Michelle C. F. Derrico (VSB# 34037)
COPENHAVER, ELLETT, & DERRICO
30 Franklin Road, SW, Suite 200
Roanoke, VA 24011
(540) 343-9349 (telephone)
(540) 342-9258 (facsimile)
e-mail: michelle@cecd.roacoxmail.com
Counsel for James Skyler Sebastian

1

**CERTIFICATE OF SERVICE**

I, Michelle C. F. Derrico, hereby certify that on this 4th day of September, 2019, I electronically filed the foregoing *Notice* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    /s/  Michelle C. F. Derrico
Michelle C. F. Derrico